

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2015

No. 04-15-00244-CV

**IN RE** Sandra **SANDOVAL**

Original Mandamus Proceeding[1]

### ORDER

On April 23, 2015, relator Sandra Sandoval filed a petition for a writ of mandamus. The court has considered relator's petition and the response filed on behalf of the real party in interest, and has determined that relator is entitled to mandamus relief. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Gloria Saldaña is ORDERED to set aside the April 17, 2015 order denying the plea to the jurisdiction and enter an order granting the plea to the jurisdiction and dismissing the lawsuit for lack of subject matter jurisdiction. The writ will issue only if we are notified that Judge Saldaña has not done as directed within fifteen days of the date of this order.

It is so **ORDERED** on August 12, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-CI-04420, styled *In the Interest of N.I.V.S. and M.C.V.S., Minor Children*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Gloria Saldaña presiding.